## 16548. WELLS *v.* THE STATE.

BROYLES, C. J. The verdict was authorized by the evidence, and no ground of the motion for a new trial shows reversible error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JULY 29, 1925.

Indictment for possessing liquor; from Dade superior court—Judge Tarver. April 28, 1925.

*B. T. Brock, McClure & McClure,* for plaintiff in error.

*C. C. Pittman, solicitor-general,* contra.